IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ DISTRICT OF TEXAS
~~BROWNSVILLE~~ DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

Manuel A. Martinez 88613-080
Plaintiff's name and ID Number

Federal Medical Center, Fort Worth, Texas
Place of Confinement

CASE NO. B-02-91
(Clerk will assign the number)

v.

Omar Lucio   C/O Cameron County Jail
             954 E. Harrison
Defendant's name and address  Brownsville, Texas 78520
Harris County Sheriff
1301 Franklin Street
Houston, Texas 77022
Defendant's name and address
Mr. Michael Ratcliff
Victoria County Sheriff's Office
101 N. Glass St. Victoria, Texas 77901
Defendant's name and address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

DEFENDENTS' LIST

U.S. Marshall Service
(Supervisor)
600 E. Harrison
Brownsville, Texas 78520

Jail Administrator
C/O Cameron County Jail
954 E. Harrison
Brownsville, Texas 78520

Officer Hernandez
C/O Cameron County Jail
954 E. Harrison
Brownsville, Texas 78520

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    _x_YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __Pending to be filed__

        2. Parties to previous lawsuit:

          Plaintiff(s)__Manuel A. Martinez__

          Defendant(s)__Federal Medical Center, Administration__

        3. Court: (If federal, name the district; if state, name the county.) __Northern District__
                                                                                         Tarrant County

        4. Docket Number: __Unknown__

        5. Name of judge to whom case was assigned: __Unknown__

        6. Disposition: (Was the case dismissed, appealed, still pending?) __Unknown__

        7. Approximate date of disposition: __Unknown__

II. PLACE OF PRESENT CONFINEMENT: Federal Medical Denter, Fort Worth, Texas

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?   ___YES  x NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Manuel A. Martinez

Federal Medical Center Dallas unit 3150 Horton, Road
Fort Worth, Texas 76119-5996

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Omar Lucio, Sheriff c/o Cameron County Jail 954 E. Harrison Brownsville, Texas 78520

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not complying with American With Disability Act of 1990. Not providing adequate medical attention in a timely manner, forcing plaintiff to tolerate medical conditions which required more prompt attention.

Defendant #2: Harris County Sheriff 1301 Franklin St. Houston, Texas 77022

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not complying with American with Disability Act o 1990 Not providing wheelchair to plaintiff, forcing plaintiff to drag himself on floor.

Defendant #3: Mr. Michael Ratcliff Victoria County Sheriff 101 n. Glass St. Victoria, Texas 77901

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not complying with American with Disability Act of 1990. Not providing wheelchair to plantiff, forcing plaintiff to drag himsel on floor, staff knowingly allowed this condition for several weeks, affirms gross negligence and violations of federal laws.

Defendant #4: U.S. Marshall Service (Supervisor) 600 E. Harrison Brownsville, Texas 78520

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Supervisor failed to oversee all holding facilities where plaintiff was being held. Allowed violations of federal laws while plaintiff was awaiting court violations including American with Disability Act of 1990 and cruel and unusual conditions which

Defendant #5: Jail Administrator C/O Cameron County Jail 954 E. Harrison Brownsville, Texas 78520

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not complying with American With Disability Act of 1990. Not providing wheelchair to plaintiff, forcing plaintiff to crawl on floor to use bathroom facilities not providing accessible shower. (continued)

3

PARTIES TO THIS SUIT:
CONTINUED

Omar Lucio, Sheriff
Failing to provide a wheelchair forcing plaintiff to drag himself on floor to use facilities.

Supervisor U. S. Marshall Service
forced plaintiff to drag himself on floor at several facilities because facilities did not provide wheelchair to plaintiff.

Officer Hernandez
C/O Cameron County Jail
954 E. Harrison
Brownsville, Texas 78586
Not providing adequate supervision of plaintiff causing injury.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

"SEE ATTACHED"

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Request all facilities comply with American with Disability Act of 1990, especially Cameron County Jail. I am also requesting damages of $2,500,000.00 due to plaintiff being subjected to conditions which are prohibited under Amendment VIII and this plaintiff was forced into these conditions by defendants' deliber-ately not complying with federal laws.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Albert Martinez

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

UNKOWN

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  X  NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?   ___ YES  ___ NO

4

STATEMENT OF CLAIM

During detention plaintiff was transferred to Cameron County by U. S. Marshalls Service between July 1998 thru August 1998 U. S. Marshalls during transfers did not provide wheelchair as required by federal law and were negligent in not providing medication as needed. The contracted holding facilities, the U. S. Marshalls utilized, Harris County, Houston, Texas in 1999, Cameron County Jail, Brownsville, Texas in 1998, 1999& 2000 and the Victoria County Jail, Victoria, Texas. On December 3, 1998 -December 16, 1998 did not provide wheelchirs subsequently plaintiff had to drag himself on floor as needed to use bathroom facilities. In addition Cameron County Jail was negligent in not providing accessible handicapped showers to plaintiff received injuries due to facility not in compliance to the American with Disability Act of 1990. Finally injury was due in part because Correctional officer Hernandez did not provide adequate supervision. The respective sheriffs of each facility is liable for all actions under custody as so are U.S. Marshalls. Plaintiff while in custody at the Cameron County Jail suffered pain & Hardship due to gross medical negligence in facility waiting many months to treat plaintiff. Medical records will support medical treatment was not provided in a timely manner. the Jail Administrator is listed as defendant as he is responsible to insure facility is in compliance to the American with Disability Act of 1990.

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES _x_NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case Number: _____

   3. Approximate date warnings were imposed: _____


Executed on: 4/30 2002
      DATE

Manuel A. Martinez
_____
(Signature of plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___25___ day of ___April___, 19 2002 ___.
    (Day)            (month)       (year)

Manuel A. Martinez
_____
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5

April 30, 2002

Michael N. Milby
District Clerk
U.S. District Court
Southern District of Texas
600 E. Harrison St., Room 101
Brownsville, Texas 78520-7114

MAIL
United States District Court
Southern District of Texas
RECEIVED
MAY 0 7 2002
11:45 am
Michael N. Milby, Clerk

B-02-91

Regarding: Manuel A. Martinez Vs. Omar Lucio, Sheriff, etc
Register # 88613-080

Sirs:
Enclosed is "Notice To The Court of Change of Address," Effective May 1, 2002

Old address: Manuel A. Martinez #88613-080
Federal Medical Center - Dallas
3150 Horton Road
Fort Worth, Texas 76119-5996

New Address: Manuel A. Martinez
602 Scotch St., Apt. 7
Harlingen, Texas 78550

Please correct all records and advise of any action on the above cause.

Cordially,

M. A. Martinez