IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__BROWNSVILLE__ DIVISION

United States District Court
Southern District of Texas
FILED

MAY 07 2002

Michael N. Milby
Clerk of Court

__Manuel A. Martinez #88613-080__
Plaintiff's name and ID Number

__Federal Medical Center, Fort Worth,__ Texas
Place of Confinement

CASE NO. __B-02-91__
(Clerk will assign the number)

v.

__Omar Lucio__
__C/O Cameron County Jail__
Defendant's name and address  __954 E. Harrison__
__Brownsville, Texas 78520__

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Manuel A. Martinez__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐  No☒
   b. Rent payments, interest or dividends?                 Yes☐  No☒
   c. Pensions, annuities or life insurance payments?       Yes☐  No☒
   d. Gifts or inheritances?                                Yes☐  No☒
   e. Family or friends?                                    Yes☒  No☐
   f. Any other sources?                                    Yes☐  No☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __Yes Family- $650.00 for twelve months period__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                    Yes☐           No☒
   If you answered **YES**, state the total value of the items owned.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

                Yes ☐           No ☒

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __25__ day of __April__, 20__02__.

_____  88613-080
Signature of Plaintiff       ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

Revised 6/97

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 31.04 on account to his/her credit at (name of institution) FMC Fort Worth. I further certify that the applicant has the following securities to his/her credit: 6 mos deposits $1365.00 withdrawals $1,179.23. I further certify that during the past six months the applicant's average balance was $ See Attached Statement.

4-16-02
DATE

J. Weir
SIGNATURE OF AUTHORIZED OFFICER

```
 ▪                    ACCOUNT
 0                    STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*        DATE 04/16/02
3150 Horton Road                          PAGE No.01
Fort Worth, TX 76119
```

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 74.09 | .00 | .00 | .00 | 74.09 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000061 | 9:18 | 10-01-01 | SALE / REGULAR | 32.72- | 41.37 |
| 3446D8 | 20:27 | 10-07-01 | DEPOSIT ITS FUNDS | 2.00- | 39.37 |
| 000061 | 8:27 | 10-09-01 | SALE / REGULAR | 8.10- | 31.27 |
| 34C443 | 11:43 | 10-14-01 | DEPOSIT ITS FUNDS | 2.00- | 29.27 |
| 000037 | 8:48 | 10-15-01 | SALE / REGULAR | 11.05- | 18.22 |
| 353675 | 9:13 | 10-21-01 | DEPOSIT ITS FUNDS | 1.00- | 17.22 |
| 000006 | 8:58 | 10-22-01 | SALE / REGULAR | 16.35- | .87 |
| T01945 | 12:45 | 10-22-01 | MONEY ORDER | 40.00 | 40.87 |
| 3587D8 | 20:30 | 10-26-01 | DEPOSIT ITS FUNDS | 2.00- | 38.87 |
| 000072 | 9:27 | 10-29-01 | SALE / REGULAR | 6.60- | 32.27 |
| T02829 | 11:33 | 11-02-01 | MONEY ORDER | 25.00 | 57.27 |
| 361030 | 13:47 | 11-04-01 | DEPOSIT ITS FUNDS | 2.00- | 55.27 |
| 000062 | 8:50 | 11-06-01 | SALE / REGULAR | 13.23- | 42.04 |
| 368F47 | 20:39 | 11-10-01 | DEPOSIT ITS FUNDS | 2.00- | 40.04 |
| 369410 | 8:35 | 11-11-01 | DEPOSIT ITS FUNDS | 2.00- | 38.04 |
| 000052 | 8:35 | 11-13-01 | SALE / REGULAR | 7.95- | 30.09 |
| 371CA7 | 13:04 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | 29.09 |
| 3725A0 | 20:25 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | 28.09 |
| 000099 | 9:21 | 11-19-01 | SALE / REGULAR | 8.15- | 19.94 |
| T04124 | 13:12 | 11-19-01 | MONEY ORDER | 25.00 | 44.94 |
| 373812 | 20:41 | 11-19-01 | DEPOSIT ITS FUNDS | 2.00- | 42.94 |
| 000066 | 8:46 | 11-26-01 | SALE / REGULAR | 10.25- | 32.69 |
| T04834 | 11:48 | 11-28-01 | MONEY ORDER | 40.00 | 72.69 |
| 37D699 | 20:51 | 11-30-01 | DEPOSIT ITS FUNDS | 2.00- | 70.69 |
| 3804AA | 20:29 | 12-02-01 | DEPOSIT ITS FUNDS | 2.00- | 68.69 |
| 000058 | 8:35 | 12-03-01 | SALE / REGULAR | 12.55- | 56.14 |
| IOS005 | 13:37 | 12-07-01 | FIN. RESP. ACT | 25.00- | 31.14 |
| 386185 | 20:32 | 12-07-01 | DEPOSIT ITS FUNDS | 1.00- | 30.14 |
| 388F01 | 19:13 | 12-09-01 | DEPOSIT ITS FUNDS | 1.00- | 29.14 |
| 000053 | 8:30 | 12-10-01 | SALE / REGULAR | 13.92- | 15.22 |
| 38F8E6 | 20:52 | 12-14-01 | DEPOSIT ITS FUNDS | 1.00- | 14.22 |
| 391F35 | 19:45 | 12-16-01 | DEPOSIT ITS FUNDS | 1.00- | 13.22 |
| 000060 | 8:19 | 12-17-01 | SALE / REGULAR | 12.65- | .57 |
| T07076 | 12:26 | 12-19-01 | MONEY ORDER | 50.00 | 50.57 |
| 39666D | 19:08 | 12-20-01 | DEPOSIT ITS FUNDS | 2.00- | 48.57 |
| 398C0C | 13:48 | 12-22-01 | DEPOSIT ITS FUNDS | 2.00- | 46.57 |
| 39A58E | 20:00 | 12-23-01 | DEPOSIT ITS FUNDS | 2.00- | 44.57 |
| 39C6E1 | 16:37 | 12-25-01 | DEPOSIT ITS FUNDS | 1.00- | 43.57 |
| T07748 | 12:25 | 12-26-01 | MONEY ORDER | 50.00 | 93.57 |
| 39FAC2 | 20:27 | 12-28-01 | DEPOSIT ITS FUNDS | 2.00- | 91.57 |

```
                         ACCOUNT
0                        STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*            DATE 04/16/02
3150 Horton Road                              PAGE No.02
Fort Worth, TX 76119
```

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT |       |
|---------|-------|----------|-------------------------|--------|-------|
| 000066  | 8:51  | 01-02-02 | SALE / REGULAR          | 13.62- | 76.95 |
| 3A5303  | 19:20 | 01-02-02 | DEPOSIT ITS FUNDS       | 1.00-  | 75.95 |
| 3A804A  | 20:32 | 01-04-02 | DEPOSIT ITS FUNDS       | 2.00-  | 73.95 |
| 3A8EC1  | 15:07 | 01-05-02 | DEPOSIT ITS FUNDS       | 1.00-  | 72.95 |
| 000045  | 8:48  | 01-07-02 | SALE / REGULAR          | 8.60-  | 64.35 |
| 000047  | 8:50  | 01-07-02 | SALE / REGULAR          | .90-   | 63.45 |
| 3AF0EC  | 18:44 | 01-10-02 | DEPOSIT ITS FUNDS       | 1.00-  | 62.45 |
| 3B2F07  | 13:36 | 01-13-02 | DEPOSIT ITS FUNDS       | 1.00-  | 61.45 |
| 3B384A  | 20:01 | 01-13-02 | DEPOSIT ITS FUNDS       | 1.00-  | 60.45 |
| 000075  | 8:10  | 01-14-02 | SALE / REGULAR          | 5.52-  | 54.93 |
| 3B8ED8  | 20:07 | 01-18-02 | DEPOSIT ITS FUNDS       | 1.00-  | 53.93 |
| 3B9AED  | 15:06 | 01-19-02 | DEPOSIT ITS FUNDS       | 1.00-  | 52.93 |
| 3BBA37  | 19:11 | 01-21-02 | DEPOSIT ITS FUNDS       | 1.00-  | 51.93 |
| 000092  | 8:45  | 01-22-02 | SALE / REGULAR          | 4.75-  | 47.18 |
| 3BE043  | 17:35 | 01-24-02 | DEPOSIT ITS FUNDS       | 2.00-  | 45.18 |
| T10056  | 10:50 | 01-25-02 | MONEY ORDER             | 50.00  | 95.18 |
| 3BF28B  | 20:15 | 01-25-02 | DEPOSIT ITS FUNDS       | 2.00-  | 93.18 |
| 3BFDF6  | 15:07 | 01-26-02 | DEPOSIT ITS FUNDS       | 2.00-  | 91.18 |
| 000079  | 8:44  | 01-28-02 | SALE / REGULAR          | 4.40-  | 86.78 |
| 3C1EA4  | 20:40 | 01-28-02 | DEPOSIT ITS FUNDS       | 1.00-  | 85.78 |
| 3C2711  | 17:44 | 01-29-02 | DEPOSIT ITS FUNDS       | 1.00-  | 84.78 |
| 3C36BE  | 20:14 | 01-30-02 | DEPOSIT ITS FUNDS       | 2.00-  | 82.78 |
| 3C5B4A  | 20:30 | 02-01-02 | DEPOSIT ITS FUNDS       | 1.00-  | 81.78 |
| 3C8780  | 20:24 | 02-03-02 | DEPOSIT ITS FUNDS       | 1.00-  | 80.78 |
| 000068  | 8:44  | 02-04-02 | SALE / REGULAR          | 9.60-  | 71.18 |
| 3CD0B9  | 19:08 | 02-07-02 | DEPOSIT ITS FUNDS       | 1.00-  | 70.18 |
| 3CF7D0  | 14:30 | 02-09-02 | DEPOSIT ITS FUNDS       | 1.00-  | 69.18 |
| 3D1470  | 18:52 | 02-10-02 | DEPOSIT ITS FUNDS       | 2.00-  | 67.18 |
| 000070  | 8:14  | 02-11-02 | SALE / REGULAR          | 5.90-  | 61.28 |
| 3D4D30  | 20:39 | 02-13-02 | DEPOSIT ITS FUNDS       | 1.00-  | 60.28 |
| 3D61DD  | 20:10 | 02-14-02 | DEPOSIT ITS FUNDS       | 1.00-  | 59.28 |
| 3D76AF  | 20:25 | 02-15-02 | DEPOSIT ITS FUNDS       | 1.00-  | 58.28 |
| 3DAA83  | 20:04 | 02-18-02 | DEPOSIT ITS FUNDS       | 1.00-  | 57.28 |
| 000063  | 8:18  | 02-19-02 | SALE / REGULAR          | 8.15-  | 49.13 |
| 3DCADB  | 21:05 | 02-20-02 | DEPOSIT ITS FUNDS       | 1.00-  | 48.13 |
| 3DE8B6  | 20:07 | 02-22-02 | DEPOSIT ITS FUNDS       | 1.00-  | 47.13 |
| 3E083E  | 19:33 | 02-24-02 | DEPOSIT ITS FUNDS       | 1.00-  | 46.13 |
| 000055  | 8:13  | 02-25-02 | SALE / REGULAR          | 7.15-  | 38.98 |
| T12537  | 12:09 | 02-25-02 | MONEY ORDER             | 50.00  | 88.98 |
| 3E310F  | 22:15 | 02-27-02 | DEPOSIT ITS FUNDS       | 1.00-  | 87.98 |
| 3E3886  | 18:14 | 02-28-02 | DEPOSIT ITS FUNDS       | 2.00-  | 85.98 |
| 3E6EC9  | 8:11  | 03-03-02 | DEPOSIT ITS FUNDS       | 1.00-  | 84.98 |
| 3E7F60  | 20:05 | 03-03-02 | DEPOSIT ITS FUNDS       | 1.00-  | 83.98 |
| 000020  | 8:19  | 03-04-02 | SALE / REGULAR          | 11.65- | 72.33 |

```
                        ACCOUNT
0                       STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*        DATE 04/16/02
3150 Horton Road                          PAGE No.03
Fort Worth, TX 76119



                                     Account # 88613080


        MARTINEZ MANUEL ALBERTO
        DAL


|INVOICE| TIME |  DATE  | TRANSACTION DESCRIPTION |  AMOUNT |||||||||||||||
 3EC15A  20:02   03-07-02 DEPOSIT ITS FUNDS           1.00-      71.33
 IOS011   8:44   03-08-02 FIN. RESP. ACT             25.00-      46.33
 3ED530  20:36   03-08-02 DEPOSIT ITS FUNDS           1.00-      45.33
 3EDD9D   9:20   03-09-02 DEPOSIT ITS FUNDS           1.00-      44.33
 3F0326  20:08   03-10-02 DEPOSIT ITS FUNDS           1.00-      43.33
 000083   8:24   03-11-02 SALE / REGULAR              9.00-      34.33
 3F1377  20:04   03-11-02 DEPOSIT ITS FUNDS           1.00-      33.33
 3F5542  20:31   03-15-02 DEPOSIT ITS FUNDS           1.00-      32.33
 3F7948  20:19   03-17-02 DEPOSIT ITS FUNDS           1.00-      31.33
 3F89C2  20:54   03-18-02 DEPOSIT ITS FUNDS           1.00-      30.33
 3FA230  19:12   03-20-02 DEPOSIT ITS FUNDS           1.00-      29.33
 000126  15:09   03-21-02 SALE / REGULAR             28.39-       .94
 T14863  12:55   03-27-02 MONEY ORDER                50.00      50.94
 40106D  18:05   03-28-02 DEPOSIT ITS FUNDS           3.00-      47.94
 403EA5  19:02   03-31-02 DEPOSIT ITS FUNDS           1.00-      46.94
 000055   8:42   04-01-02 SALE / REGULAR             13.20-      33.74
 40A508  20:09   04-05-02 DEPOSIT ITS FUNDS           1.00-      32.74
 40DA6D  19:15   04-07-02 DEPOSIT ITS FUNDS           2.00-      30.74
 000068   8:21   04-08-02 SALE / REGULAR              7.30-      23.44
 40EEB0  20:41   04-08-02 DEPOSIT ITS FUNDS           2.00-      21.44
 413D8E  11:09   04-13-02 DEPOSIT ITS FUNDS           1.00-      20.44
 415834  15:41   04-14-02 DEPOSIT ITS FUNDS           1.00-      19.44
 415C33  19:33   04-14-02 DEPOSIT ITS FUNDS           1.00-      18.44
 000058   8:43   04-15-02 SALE / REGULAR             12.40-       6.04
 T16353  12:04   04-15-02 MONEY ORDER                25.00      31.04

                 **** TRANSACTION TOTAL ****         43.05-


  ENDING       AVAILABLE
  BALANCE       BALANCE       BALANCE       BALANCE       BALANCE
   31.04          .00           .00           .00          31.04
```