UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

MANUEL A. MARTINEZ            *

VS                            *   C.A. NO. B-02-091

OMAR LUCIO, SHERIFF           *
CAMERON COUNTY, TEXAS, ET AL

## ORDER

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915,

IT IS ORDERED that the application is **GRANTED**. IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this 13th day of May 2002.

Felix Recio
United States Magistrate Judge