⑤

*CAB-02-91*

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | **DATE** May **30**, 2002 |
| **NAME OF SERVER (PRINT)** Robert Aguilar | **TITLE** Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served : <u>Mercedes Police Department</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*United States District Court*
*Southern District of Texas*
*FILED*

**JUN 0 5 2002**

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL *14.60* | SERVICES *45.00* | TOTAL *59.60* |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>May 30, 2002</u>          *Robert Aguilar*
          *Date*                 *Signature of Server*

<u>600 E. Harrison Rm. 1032, Brownsville,Tx 78521</u>
*Address of Server*

The summons was served on Omar Lucio on May **30**, 2002 at 9:45 a.m. at the Mercedes Police Department in Mercedes,Texas. The summons was served by one Deputy U.S. Marshal and the roundtrip mileage for this process was 40 miles.

MICHAEL N. MILBY, CLERK
02 JUN -5 AM 11:46
U.S. DISTRICT COURT
SOUTHERN DIST. OF TEXAS

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.