CAB-02-91 ⑥

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | May 30, 2002 | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 0 5 2002<br>Michael N. Milby<br>Clerk of Court |
| NAME OF SERVER (PRINT)<br>Robert Aguilar | TITLE<br>Deputy U.S. Marshal | |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: __U.S. Marshals Office in Brownsville, TX__

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __May 30, 2002__    _Robert Aguilar_
                Date                 Signature of Server

600 E. Harrison, Rm 1032, Brownsville, Texas 78521
Address of Server

The summons was served on Supervisory Deputy U.S. Marshal Robert Cervantes on May 30, 2002 at the U.S. Marshals Office in Brownsville, Texas. The summons was served by one Deputy U.S. Marshal and there was no mileage for this process.

02 JUN -5 AM 11:46
MICHAEL N. MILBY, CLERK

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.