

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL A. MARTINEZ | § | |
| vs. | § | C.A. NO. B-02-091 |
| OMAR LUCIO, SHERIFF CAMERON COUNTY, TEXAS, ET AL | § | |

## MICHAEL RATCLIFF'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES' NOW Michael Ratcliff (Ratcliff), one of the Defendants in the above entitled and numbered cause, and files this his Original Answer to Plaintiff's Original Complaint, and would respectfully show unto the Court as follows:

1. Defendant Ratcliff denies liability under the Americans with Disabilities Act or under any other law, statute or regulation pertaining to Plaintiff's incarceration at the Victoria County Jail.

2. With regard to Plaintiff's Statement of Claim, Defendant Ratcliff specifically responds as follows:

(a) Defendant Ratcliff is without sufficient information or knowledge to admit or deny Plaintiff's assertion that U. S. Marshalls did not provide Plaintiff with a wheelchair or medication during transfers.

(b) Defendant Ratcliff is without sufficient information or knowledge to admit or deny Plaintiff's assertion that the holding facilities in Harris County and Cameron County violated Plaintiff's rights under the Americans with Disabilities Act or any other law. However, Defendant Ratcliff denies that the Victoria County Jail violated Plaintiff's rights under the

Americans with Disabilities Act or under any other law. Specifically, Defendant Ratcliff denies that Plaintiff had to drag himself on the floor as needed to use the bathroom facilities while incarcerated at the Victoria County Jail from December 3, 1998 through December 16, 1998; however, Defendant Ratcliff admits that Plaintiff did not have a wheelchair in his cell.

(c) Defendant Ratcliff is without sufficient information or knowledge to admit or deny Plaintiff's assertion that Cameron County Jail was negligent in not providing accessible handicapped showers to Plaintiff and that Plaintiff received injuries due to the facility not being in compliance with the Americans with Disabilities Act. Further, Defendant Ratcliff is without sufficient information or knowledge to admit or deny Plaintiff's assertion that his injuries were due in part because Correctional Officer Hernandez did not provide adequate supervision.

(d) Defendant Ratcliff denies that he is liable for all actions while in custody of the Victoria County Sheriff's Department or any other local, state or federal entity.

(e) Defendant Ratcliff is without sufficient information or knowledge to admit or deny Plaintiff's assertion that while in custody at the Cameron County Jail, he suffered pain and hardship due to gross medical negligence in the facility while waiting many months to treat Plaintiff.

(f) To the extent Plaintiff alleges that medical records will support his claim of liability against Defendant Ratcliff, Defendant Ratcliff strongly denies such assertion. Otherwise, Defendant Ratcliff is without sufficient information or knowledge to admit or deny that medical records will support Plaintiff's claim that medical treatment in other facilities was not provided in a timely manner.

(g) Defendant Ratcliff denies the remainder of Plaintiff's Statement of Claim.

3. Pertaining to Plaintiff's Request for Relief, Defendant Ratcliff denies that Plaintiff is entitled to any injunctive or monetary relief pursuant to the Americans with Disabilities Act or under the Eighth Amendment to the Constitution. Further, Defendant Ratcliff denies that he committed any acts or omissions with deliberate indifference and that Plaintiff is not entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

4. Defendant Ratcliff affirmatively pleads the defense of sovereign immunity and qualified immunity.

5. Defendant Ratcliff affirmatively pleads that Plaintiff has not stated a claim upon which relief can be granted under the Constitution of the United States, under 42 U.S.C., §1983, under the Americans with Disabilities Act, or under any other statute or legal authority.

6. Defendant Ratcliff affirmatively pleads that Plaintiff has failed to meet conditions precedent for bringing this cause of action.

Respectfully submitted,

CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P.
119 South Main Street (77901)
Post Office Box 2938
Victoria, Texas 77902
Tel: (361) 573-6318; Fax: (361) 573-2603

By: _____ w/permission
Kevin D. Cullen
State Bar No. 05208625; Federal ID No. 957
Bland Proctor
State Bar No. 00794487; Federal ID No. 19743
ATTORNEYS FOR DEFENDANT
MICHAEL RATCLIFF

CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 7th day of June, 2002.

                                        Kevin D. Cullen
                                        Bland Proctor