IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL A. MARTINEZ,<br>Plaintiff, | * * * | |
| v. | * * | CIVIL ACTION NO. B-02-091 |
| OMAR LUCIO, Sheriff of Cameron County,<br>MICHAEL RATCLIFF, Sheriff of Victoria<br>County, UNITED STATES MARSHAL'S<br>SERVICE-SUPERVISOR[1], and Officer<br>HERNANDEZ, Cameron County Jail,<br><br>Defendants. | * * * * * * * * | |

### FEDERAL DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
### TO ANSWER OR OTHERWISE PLEAD
### (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

Federal Defendant, ROBERT CERVANTES, the supervisor of the Brownsville, Texas, United States Marshal's Service Office ("USMS"), by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for a sixty day enlargement of time for which to file his answer or otherwise plead in this cause. In support of this motion, Federal Defendant, Robert Cervantes, submits the following for the Court's consideration:

1. Plaintiff filed this lawsuit on May 7, 2002, alleging that:

    *Supervisor U. S. Marshall [sic] Service forced plaintiff to drag himself on floor at several facilities because facilities did not provide wheelchair to plaintiff.*[2]

2. From the allegations set forth in the Complaint, it is assumed that the Plaintiff seeks to sue Robert Cervantes, the Supervisor of the Brownsville USMS office in his individual capacity. And, since the claims appear to be directly related to activities performed during the course and scope of his employment as a federal employee, Mr. Cervantes has the right to seek representation from the United

---

[1]It is assumed that the United States Marshal's Service Supervisor Plaintiff lists as a Defendant is Mr. Robert Cervantes, who was served with the Complaint on May 30, 2002.

[2]This allegation can be found on the first unnumbered page following page 3 of the Plaintiff's Complaint-preceding a page that is numbered as page 4.

      States Department of Justice in this lawsuit.

3. Mr. Cervantes has made a request for representation to the Department of Justice; that request is presently under consideration. It is anticipated that Mr. Cervantes request will be acted upon within the next thirty to sixty days.

4. Accordingly, it is anticipated that Defendant USMS Supervisor, Robert Cervantes, will need an additional sixty days (that is until August 19, 2002) in order to gather the information necessary to put forth a response to the Plaintiff's claims.

WHEREFORE, PREMISES CONSIDERED, Respondents pray that this Court grant this motion for an enlargement of time and issue an order allowing Robert Cervantes, Supervisor of the USMS, until August 19, 2002, to file his answer or otherwise plead to the allegations of the Plaintiff.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

Plaintiff was not consulted regarding his position in this motion because no means for which to contact him—telephonically—was made known by the pleadings on file with the Court. Accordingly, it is not known whether the Plaintiff opposes this motion.

Signed June 18th, 2002.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

FEDERAL DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD
(OPPOSITION UNKNOWN)

was mailed via First Class Mail *and* certified mail, return receipt requested to the following:

Manuel A. Martinez
602 Scotch Street
Apartment 7
Harlingen, TX 78550-5996

June 18, 2002
Date

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL A. MARTINEZ,<br>　　Plaintiff,<br><br>v.<br><br>OMAR LUCIO, Sheriff of Cameron County,<br>MICHAEL RATCLIFF, Sheriff of Victoria<br>County, UNITED STATES MARSHAL'S<br>SERVICE-SUPERVISOR, and Officer<br>HERNANDEZ, Cameron County Jail,<br><br>　　Defendants. | *<br>*<br>*<br>* CIVIL ACTION NO. B-02-091<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING FEDERAL DEFENDANT'S
## MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Federal Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead. Having noted that the Federal Defendant herein–Robert Cervantes, Supervisor of the United States Marshal's Service at the Brownsville, Texas, location–has good cause for seeking this extension of time given the allegations raised in the Complaint, this Court *GRANTS* the Federal Defendant's motion for enlargement of time.

THEREFORE, IT IS ORDERED that the Federal Defendant herein–Robert Cervantes--file his response to the Plaintiff's Complaint no later than August 19, 2002.

Signed this _____ day of _____, 2002, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas