*CAB-02-91*

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

*Michael Ratcliff*

| Service of the Summons and Complaint was made by me[1] | DATE | 5-21-2002 |
|---|---|---|
| NAME OF SERVER (PRINT) *U. J. Villarreal* | TITLE | *Deuym* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Victoria Sheriff's Office Victoria, Tx*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

> United States District Court
> Southern District of Texas
> FILED
>
> JUN 1 8 2002
>
> Michael N. Milby
> Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | $45. | TOTAL | $45. |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/21/02__
Date

_____
Signature of Server

_Victoria, Texas_
Address of Server

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED
02 JUN 18 PM 3:0?
MICHAEL N. MILBY, CLERK

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.