IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL A. MARTINEZ | ) | |
| | ( | |
| VS. | ) | |
| | ( | CASE NO. B-02-091 |
| OMAR LUCIO, CAMERON COUNTY SHERIFF, et al. | ) | |
| | ( | **A JURY IS DEMANDED** |

### DEFENDANT LUCIO'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant **OMAR LUCIO** in his individual capacity, and files his Original Answer and respectfully show the Court as follows:

I.

A.  Defendant Lucio cannot admit or deny ¶ I of the Original Complaint because he is without sufficient information to admit or deny ¶ I.

B.  Defendant Lucio cannot admit or deny ¶ II of the Original Complaint as to the other defendants because he is without sufficient information to admit or deny ¶ II.

C.  Defendant Lucio cannot admit or deny ¶ III of the Original Complaint as to the other parties because he is without sufficient information to admit or deny ¶ III. He denies it insofar as it alleges exhaustion as to him.

D.  Defendant Lucio denies ¶ IV of the Original Complaint. Defendant Lucio denies that his is the current Cameron County Sheriff or that he held that position at the time suit was filed. He ceased to be the Sheriff on December

31, 2000. Defendant Lucio cannot admit or deny ¶ IV of the Original Complaint as to the US Marshall or Sheriff Ratliff because he is without sufficient information to admit or deny ¶¶ IV and V.

E. Defendant Lucio denies ¶ V.

F. Defendant Lucio denies ¶ VI.

G. Defendant Lucio cannot admit or deny ¶ VII of the Original Complaint as to the other parties because he is without sufficient information to admit or deny ¶ VII

## II.

Plaintiff's Complaint fails to state claim upon which relief may be granted against any Defendant.

## III.

Plaintiff's alleged injuries were caused, in whole or part, by pre-existing conditions or prior injuries.

## IV.

The alleged injuries where proximately caused, in or in part, by Plaintiff's own wrongful acts or negligence. His recovery is barred or reduced. TEX. CIV. PRAC. & REM. CODE, CHAPS. 32 and 33.

## V.

Any state law claim against Defendant Lucio is barred under the Texas Tort Claims Act ( TEX. CIV. PRAC. & REM. CODE, § 101.001, et seq.) because he has sued Cameron County and any disposition of the claim against Defendant County bars recovery against him. TEX. CIV. PRAC. & REM. CODE, § 101.106.

## VI.

The state and federal claims are barred by the doctrines of official and/or qualified immunity.

VII.

Defendant Lucio had no personal responsibility for the acts or omissions of his subordinates.

VIII.

Defendant Lucio's personal liability, if any, is limited by TEX. CIV. PRAC. & REM. CODE, § 108.002. To the extent Plaintiff's Complaint could be construed to seek exemplary damages against him personally, any such recovery is limited by TEX. CIV. PRAC. & REM. CODE, §41.008.

WHEREFORE, PREMISES CONSIDERED, Defendant Lucio prays that upon final hearing hereof that Plaintiff not recover as prayed for in Plaintiff's complaint, and for such other and further relief, at law or in equity, as he may show himself justly entitled to receive.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _____
JIM DENISON
State Bar NO. 05739000
Federal I.D. NO. 1583
ROGER W. HUGHES
State Bar No. 10229500
Federal I.D. No. 5950

ATTORNEYS FOR Defendant Lucio

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 19th day of June, 2002.

**VIA CM/RRR NO. 7001 1940 0007 8405 8895**

Mr. Manuel A. Martinez
602 Scotch Street, Apartment 7
Harlingen, TX 78550

Mr. Kevin D. Cullen
CULLEN, CARSNER ET AL
P.O. Box 2938
Victoria, TX 77902

Mr. Jay S. Siskind
1019 Congress, 15th Floor
Houston, TX 77002

Mr. Keith Orlando Edward Wyatt
Office of U.S. Attorney
P. O. Box 61129
Houston, TX 77208

Jim Denison