IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL A. MARTINEZ,<br>Plaintiff,<br><br>v.<br><br>OMAR LUCIO, Sheriff of Cameron County,<br>MICHAEL RATCLIFF, Sheriff of Victoria<br>County, UNITED STATES MARSHAL'S<br>SERVICE-SUPERVISOR, and Officer<br>HERNANDEZ, Cameron County Jail,<br><br>Defendants. | *<br>*<br>*<br>*  CIVIL ACTION NO. B-02-091<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING FEDERAL DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Federal Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead. Having noted that the Federal Defendant herein–Robert Cervantes, Supervisor of the United States Marshal's Service at the Brownsville, Texas, location–has good cause for seeking this extension of time given the allegations raised in the Complaint, this Court *GRANTS* the Federal Defendant's motion for enlargement of time.

THEREFORE, IT IS ORDERED that the Federal Defendant herein–Robert Cervantes--file his response to the Plaintiff's Complaint no later than August 19, 2002.

Signed this 15th day of July, 2002, in Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas