United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL A. MARTINEZ | ) | |
| | ( | |
| VS. | ) | |
| | ( | CASE NO. B-02-091 |
| OMAR LUCIO, CAMERON COUNTY | ) | |
| SHERIFF, et al. | ( | **A JURY IS DEMANDED** |

## ORDER GRANTING DEFENDANT LUCIO'S
## MOTION TO STAY DISCOVERY

BE IT REMEMBERED, on this *15th* day of *July*, 2002, came to be considered

DEFENDANT LUCIO'S MOTION TO STAY DISCOVERY. The Court is of the opinion

that same should be granted.

IT IS THEREFORE, ORDERED that all discovery is stayed in the above-referenced

case, including Rule 26 disclosures, until the Court rules on the merits of Individual

Defendant Lucio's Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) Based on

Qualified Immunity.

SIGNED this the *15th* day of *July*, 2002, at Brownsville, Texas.

_____
JUDGE PRESIDING

cc:

Attorney of Record for Plaintiff, MANUEL A. MARTINEZ:

      Mr. Manuel A. Martinez, Pro Se
      602 Scotch Street
      Harlingen, TX 78550

Attorneys for Defendant, OMAR LUCIO:

      Mr. Jim Denison
      Mr. Roger W. Hughes
      ADAMS & GRAHAM, L.L.P.
      P. O. Drawer 1429
      Harlingen, TX 78551-1429

Attorneys for Defendant, MICHAEL RATCLIFF:

      Mr. Kevin D. Cullen
      CULLEN, CARSNER ET AL
      P.O. Box 2938
      Victoria, TX 77902

Attorney for Defendant, HARRIS COUNTY SHERIFF:

      Mr. Jay S. Siskind
      1019 Congress, 15th Floor
      Houston, TX 77002

Attorney for Defendant, U. S. MARSHALL SERVICE:

      Mr. Keith Orlando Edward Wyatt
      Office of U.S. Attorney
      P. O. Box 61129
      Houston, TX 77208