United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2002

19

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

MANUEL A. MARTINEZ §
§
versus § CIVIL ACTION NO. B-02-91
§
OMAR LUCIO, ET AL §
§

ORDER STRIKING DOCUMENT

The Clerk has filed your **Motion for Leave #9**, however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☑ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☑ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☐ Other: _____

The document is stricken from the record.

Date: 7-15-02

_____
UNITED STATES MAGISTRATE JUDGE