United States District Court
Southern District of Texas
FILED

JUL 17 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

MANUEL A. MARTINEZ § 

vs. § C.A. NO. B-02-091

OMAR LUCIO, SHERIFF
CAMERON COUNTY, TEXAS, ET AL §

### DEFENDANT MICHAEL RATCLIFF'S
### MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

COMES NOW Michael Ratcliff (Ratcliff), one of the Defendants in the above entitled and numbered cause, and files this his Motion for Leave to File First Amended Original Answer to Plaintiff's Original Complaint, and would respectfully show unto the Court as follows:

1. On or about May 15, 2002 Plaintiff filed his Original Complaint alleging that Ratcliff, among other Defendants, violated his rights under the Americans with Disabilities Act and pursuant to the Eighth Amendment to the United States Constitution. Summons was served on Ratcliff on May 21, 2002, and Ratcliff timely filed an Answer pursuant to the court-ordered twenty day deadline on June 3, 2002.

2. Upon receiving Plaintiff's Original Complaint, the undersigned counsel recognized that Ratcliff might be entitled to the affirmative defense under the applicable two-year statute of limitations, however, counsel inadvertently failed to include that affirmative defense in the answer. Therefore, Ratcliff respectfully requests the Court grant him leave to amend his Original Answer to include the affirmative defense of statute of limitations.

3. This Motion for Leave to File First Amended Original Answer by including one affirmative defense is in no way unfair to Plaintiff and it does not prejudice Plaintiff's cause of action. The First Amended Original Answer is being filed contemporaneously with this Motion for Leave and it is being filed only ten days after Ratcliff's Original Answer was filed.

WHEREFORE, PREMISES CONSIDERED, Defendant Sheriff Michael Ratcliff prays that the Court grant him leave to file his First Amended Original Answer to include the affirmative defense of statute of limitations, and grant Defendant Sheriff Michael Ratcliff further relief, to which he may be entitled.

Respectfully submitted,

CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P.
119 South Main Street (77901)
Post Office Box 2938
Victoria, Texas 77902
Tel: (361) 573-6318; Fax: (361) 573-2603

By: _____
Kevin D. Cullen
State Bar No. 05208625; Federal ID No. 957
Bland Proctor
State Bar No. 00794487; Federal ID No. 19743
ATTORNEYS FOR DEFENDANT
MICHAEL RATCLIFF

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 13th day of June, 2002.

_____
Kevin D. Cullen
Bland Proctor