*24*

United States District Court
Southern District of Texas
FILED

**AUG 2④ 2002**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL A. MARTINEZ | ) | |
| | ( | |
| VS. | ) | |
| | ( | CASE NO. B-02-091 |
| OMAR LUCIO, CAMERON COUNTY | ) | |
| SHERIFF, et al. | ( | |

## DEFENDANTS' OBJECTIONS TO
## MAGISTRATE'S REPORT AND RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Omar Lucio and Conrado Cantu, Defendants in the above-

referenced case and file this OBJECTIONS TO MAGISTRATE'S REPORT AND

RECOMMENDATION and would show unto the court as follows:

### I. Certificate of Conference

The undersigned cannot confer with Plaintiff because he is incarcerated; it is assumed

he is opposed to the relief requested. The undersigned has conferred with counsel for co-

defendants Ratcliff, Harris County and the U.S. Marshall Service; they do not oppose the

relief requested.

### II. Status of the Case

Plaintiff filed a Complaint (Dkt # 1) against Defendants alleging violations of the

Eighth Amendment and the ADA [42 U.S.C. §§ 1983 and 12101, et seq.] for alleged injuries

arising out of his post-conviction incarceration in jails in Cameron, Victoria, and Harris

County jails. Defendant Lucio (the former Cameron County Sheriff) filed a Motion to

ADAMS & GRAHAM, L.L.P.
Objections to Magistrate's Report and Recommendation
[18-fmg] C:\Files\C1225\Mtns&Ords\Obj2MagstRpt                                    Page 1 of 5

Dismiss under Rule 12(b)(6) Based on Qualified Immunity (Dkt # 16). Defendant Cantu, in his official capacity as the current Cameron County Sheriff, filed a Motion to Dismiss Under Rule 12(b)(5) based on lack of proper service (Dkt # 15).

On August 17, 2002, the Magistrate filed his Report and Recommendations (Dkt # 22) which recommended dismissal of the Complaint.

## II. Relief Requested

Defendants Lucio and Cantu do not oppose the Magistrate's recommendation of dismissal. However, the Magistrate ruled against them on certain grounds that would support dismissal and failed to consider other grounds requiring dismissal.

Defendants request that the court (1) consider the grounds for dismissal not considered by the Magistrate and (2) sustain the other grounds for dismissal overruled by the Magistrate.

## III. Argument and Authorities

### A.     Reasons Requiring Defendants to Object

The prevailing party must object the report's failure to make findings or recommendations in their favor or the are waived. *Henley Drilling Co. v. McGee,* 36 F.3d 143, 150-51(5th Cir. 1994). Federal Rule of Civil Procedure 6(a) applies to calculating the 10 days to file objections, so that weekends and holidays are not included in counting the 10 days.

### B.     ADA Limitations

The Magistrate concluded that Plaintiff's ADA claims were not barred by limitations; he assumed that limitations would be four years under 28 U.S.C. §1658. Defendants object

ADAMS & GRAHAM, L.L.P.
Objections to Magistrate's Report and Recommendation
[18-fmg] C:\Files\C1225\Mtns&Ords\Obj2MagstRpt                                                                    Page 2 of 5

to this conclusion and finding. They incorporate the arguments asserted in the Motion to Dismiss under Rule 12(b)(6), pp. 5-7 (Dkt # 16).

C.    ADA Claims

The Magistrate concluded that the ADA did not apply to Plaintiff's complaints and therefore did not reach Defendant Lucio's qualified immunity claims that it was not "clearl established" law at the time of the alleged violations that the ADA applied to jails. Defendant objects to the failure to reach this alternative ground and asks the court uphold the dismissal on this ground. The grounds and authorities set out in the Motion to Dismiss, pp. 2-4 (Dkt # 16) are incorporated herein.

C.    Failure to Serve Sheriff Cantu

Defendant Lucio ceased being the sheriff of Cameron County before the suit was filed. However, Plaintiff served his complaint on Defendant Lucio as to the Cameron County Sheriff's Department on May 30, 2002 (Dkt # 5). Defendant Cantu, in his official capacity as the current sheriff, moved to dismiss based on improper service because Lucio was no longer connected with the sheriff's department (Dkt # 16).

The Magistrate did not consider this as a grounds to dismiss as to Defendant Cantu in his official capacity or as to the Cameron County Sheriff's Department. Therefore, the court should uphold dismissal on this ground. Defendant Cantu incorporates the grounds asserted in his Motion (Dkt # 15).

ADAMS & GRAHAM, L.L.P.
Objections to Magistrate's Report and Recommendation
[18-fmg] C:\Files\C1225\Mtns&Ords\Obj2MagstRpt                                                    Page 3 of 5

WHEREFORE, PREMISES CONSIDERED, Defendants Lucio and Cantu pray this court consider and sustain these objections, adopt the Magistrate's Report otherwise, and for any other relief to which they are entitled.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551
956-428-7495; FAX: 956-428-2954
RHughes@adamsgraham.com

By: _____
ROGER W. HUGHES
State Bar No. 10229500
Federal I.D. No. 5950
SCOTT T. CLARK
State Bar No. 00795896
Federal I.D. No. 21676
JIM DENISON
State Bar No. 05739000
Federal I.D. No. 1583

Attorneys for *Defendants* OMAR LUCIO AND
CONRADO CANTU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the 20th day of August, 2002.

Mr. Manuel A. Martinez                    **CMRRR # 7001 2510 0000 6098 2531**
602 Scotch Street, Apartment 7
Harlingen, TX 78550

Mr. Kevin D. Cullen
**CULLEN, CARSNER, ET AL**
P.O. Box 2938
Victoria, TX 77902

ADAMS & GRAHAM, L.L.P.
Objections to Magistrate's Report and Recommendation
[18-fmg] C:\Files\C1225\Mtns&Ords\Obj2MagstRpt                    Page 4 of 5

Mr. Jay S. Siskind
1019 Congress, 15th Floor
Houston, TX  77002

Mr. Keith Orlando Edward Wyatt
Office of U.S. Attorney
P.O. Box 61129
Houston, TX  77208

ROGER W. HUGHES

ADAMS & GRAHAM, L.L.P.
Objections to Magistrate's Report and Recommendation
[18-fmg] C:\Files\C1225\Mtns&Ords\Obj2MagstRpt                                                              Page 5 of 5