UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL ALBERTO MARTINEZ, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-091 |
| § | |
| OMAR LUCIO, et al., § | |
| Defendant. § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's 42 U.S.C. § 1983 Complaint is hereby DENIED. All named Defendants are hereby DISMISSED from this cause of action. The United States District Clerk's Office is hereby ORDERED to close this case.

DONE at Brownsville, Texas this 14 day of November, 2002.

Hilda Tagle
United States District Judge